| | | | |
|---|---|---|---|
| | AUSA: Barbara Lanning | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Samantha Brockmiller-Rasmussen | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>D-1 Kasine Mitchell<br>D-2 Harold McKinney Jr. | Case: 2:25−mj−30554<br>Assigned To : Unassigned<br>Assign. Date : 9/4/2025<br>Description: CMP USA V.<br>MITCHELL ET AL (DJ) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 3, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possesion of a firearm |
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samantha Brockmiller-Rasmussen, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  September 4, 2025

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Samantha Brockmiller-Rasmussen, being first duly sworn, hereby state:

**<u>INTRODUCTION</u>**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to Group IV. I have worked as a Special Agent with ATF since December of 2023.  I completed the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF Special Agent Basic Training Program in Glynco, Georgia. Prior to becoming a Special Agent with ATF, I was an Intelligence Analyst with the Oakland County Sheriff's Office for approximately one year. I obtained a Master of Science degree in Criminology and a Bachelor of Science degree majoring in Criminology and Criminal Justice and Psychology from Florida State University.

2.      I make this affidavit based on my participation in this investigation, interviews conducted by myself and other law enforcement agents, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information in this affidavit is for

the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

3.    ATF is currently conducting a criminal investigation concerning Kasine MITCHELL (DOB: XX/XX/1992) and Harold MCKINNEY JR. (DOB: XX/XX/1993), for violations of 18 U.S.C. § 922(g)(1) as felons in possession of firearms.

## PROBABLE CAUSE

4.    On September 3, 2025, at approximately 10:45AM, ATF agents— with assistance from DOL-OIG and the Detroit Police Department ("DPD")— executed  a federal search warrant at Harold MCKINNEY JR.'s residence in Inkster, Michigan.

5.    After entering the home, agents encountered MITCHELL exiting the bathroom in the main floor of the residence. Agents detained MITCHELL in the front hallway of the residence. One adult woman, related to MCKINNEY JR., later arrived at the scene.

6.    Agents identified the southwest bedroom as the room being utilized by MITCHELL. The southwest bedroom contained a makeshift bed consisting of blankets on the floor next to a blue fabric bench. There was an iPhone charger plugged into the wall, behind the bench. Agents found the following items in the southwest bedroom:

a. One Glock, Model 19, 9mm pistol with an affixed light attachment. The firearm was loaded with fifteen rounds of 9mm caliber ammunition. A query of the Law Enforcement Information Network revealed that the Glock 19 was reported lost by Green Oak Township Police Department in 2015. Image 1 is a photograph of the bedroom where the Glock 19 firearm was recovered.



**Image 1**

b. men's clothing in size 3XL

c. men's white Nike shoes in size 12

7.      Agents arrested MITCHELL. During a post-*Miranda* interview, MITCHELL reported that he is on Federal supervised release. MITCHELL also stated that he had a green outfit in the dryer of the laundry room.

8.      Agents recovered the green outfit from the dryer of the laundry room. The outfit was a men's size 3XL, the same size as the clothing observed in the southwest bedroom.

9.      During MITCHELL's arrest, agents seized an Apple iPhone from MITCHELL. MITCHELL's iPhone is compatible with the phone charger plugged into the wall in the southwest bedroom. Additionally, the boots that MITCHELL was wearing during the execution of the search warrant were a men's size 12—the same size as the Nike shoes in the southwest bedroom.

10.    In consultation with MCKINNEY JR.'s federal probation officer, agents identified the southeast bedroom of the home as belonging to MCKINNEY JR. based on the color of the walls and furniture in the bedroom.

11.    Agents found the following items in the southeast bedroom:

a. One Glock, Model 17, 9mm pistol with a tan affixed light attachment and silver Machinegun Conversation Device (MCD). The firearm was

loaded with one 9mm caliber round of ammunition in the chamber and seventeen rounds of 9mm caliber ammunition in the magazine.

b.   One Palmetto State Armory, Model PA-15, 5.56 caliber pistol, loaded with 20 rounds of 5.56 caliber ammunition.

c.   Assorted ammunition on the bed and in a suitcase.

12.    Previously, pursuant to a federal search warrant, SA Mary Behler reviewed a forensic extraction of MCKINNEY JR's cellular device and observed images of firearms including photographs of MCKINNEY JR. sitting on a bed with what appeared to be a Glock handgun equipped with a machinegun conversion device next to him, and a photo dated May 17, 2025, depicting a hand holding a Palmetto PA-15 pistol bearing the same serial number as the pistol recovered from the Target Location during the execution of the search warrant.

13.    On September 3, 2025, SA Mary Behler and I conducted a recorded interview with MCKINNEY JR. Agents advised MCKINNEY JR. of his *Miranda* Rights, which he acknowledged and agreed to speak with agents without an attorney present. During the interview, MCKINNEY JR. stated he knew what a "switch" was. MCKINNEY JR. also acknowledged that he was on federal supervised release and had been incarcerated before.

14.    I reviewed the computerized criminal history ("CCH") and court documents for Kasine MITCHELL. which revealed multiple felony convictions.

a. On or about June 23, 2010, MITCHELL pled guilty to two counts of Attempt Felony Controlled Substance Delivery/Manufacture less than 50 grams of Cocaine, Heroin, or Another Narcotic in the Third Circuit Court, Wayne County, Michigan.

b. On or about April 28, 2011, MITCHELL was convicted of Felony Assault with Intent to Murder and Felony Weapon-Carry Concealed in the Third Circuit Court, Wayne County, Michigan.

c. On or about January 18, 2023, MITCHELL was found guilty of Felon in Possession of a Firearm, in violation of Title 18 U.S.C. § 922 (g) (1) in the United States District Court, Eastern District of Michigan, Southern Division (Case No. 22-CR-20137). MITCHELL was sentenced to a term of imprisonment in the Bureau of Prisons and twenty-four months supervised release.

15.    I also reviewed the computerized criminal history ("CCH") and court documents for Harold MCKINNEY JR. which revealed multiple felony convictions.

a. On or about September 12, 2014, MCKINNEY JR. was convicted of Felony Accessory After the Fact to a Felony, in the Third Judicial Circuit Court, Wayne County, Michigan. MCKINNEY JR. was sentenced to a term of probation.

b. On or about January 24, 2017, MCKINNEY JR. was convicted of Felon in Possession of a Firearm, in violation of Title 18 U.S.C. § 922 (g) (1) in the United States District Court, Eastern District of Michigan, Southern Division (Case No. 16-CR-20802). On or about July 5, 2017, MCKINNEY JR. was sentenced to a term of imprisonment in the Bureau of Prisons and thirty-six months supervised release.

c. On or about April 24, 2019, MCKINNEY JR. pled guilty to Title 21 U.S.C. § 841(A) (1), Possession with Intent to Distribute a Controlled Substance; Title 18 U.S.C. § 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and Title 18 U.S.C. § 922 (g) (1), Felon in Possession of a Firearm, in the United States District Court, Eastern District of Michigan, Southern Division (Case No. 18-CR-20605). This offense was a violation of MCKINNEY JR.'s supervised release in Case No. 16-CR-20802. In Case 18-CR-20605, MCKINNEY JR. was sentenced to a term of incarceration in the Bureau of Prisons and thirty-six months supervised release. MCKINNEY JR. is currently on supervised release for Case No. 18-CR-20605.

16.    On September 3, 2025, I contacted Special Agent Kara Klupacs, an ATF Interstate Nexus Expert, and provided a verbal description of the firearms recovered. Based upon the description, Special Agent Klupacs advised that the firearms are firearms as defined under 18 U.S.C. § 921. She also advised that each of the recovered firearms were manufactured outside of the state of Michigan after 1898 and therefore had traveled in and affected interstate commerce.

17.    On or about July 22, 2025, ATF Industry Operations Investigator Charles Rice conducted a search of the ATF Firearms Licensing System (FLS), which maintains all records of NFA weapons (AOW, MCDs, machineguns, etc.) legally documented with the ATF. MCKINNEY JR. has not registered licenses to possess, manufacture, and or sell these types of firearms. MCKINNEY JR. is not authorized to possess NFA weapons which include machineguns, MCDs, and AOWs (Any Other Weapons).

## **CONCLUSION**

18.    Probable cause exists that on September 3, 2025, in the Eastern District of Michigan, Kasine MITCHELL, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a firearm in or affecting interstate or foreign commerce in violation of 18 U.S.C. § 922(g).

19.    Probable cause also exists that between May 17, 2025 and September 3, 2025, in the Eastern District of Michigan, Harold MCKINNEY JR., a convicted

felon aware of his felony convictions, did knowingly and intentionally possess a firearm in or affecting interstate or foreign commerce in violation of 18 U.S.C. § 922(g).  Further, probable cause exists that on September 3, 2025, in the Eastern District of Michigan, MCKINNEY Jr., did knowingly and intentionally possess a firearm equipped with a machinegun conversion device in violation of 18 U.S.C. § 922(o).

Samantha Brockmiller-Rasmussen, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Kimberly Altman
United States Magistrate Judge

Dated:        September 4, 2025